UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAQUEL BALDERAS, et al.,

Plaintiffs,

v.

COUNTY OF KERN, et al.,

Defendants.

Case No. 1:26-cv-06898-HBK

ORDER APPROVING THE PARTIES' STIPULATION AND VACATING THE DECEMBER 4, 2026 HEARING ON THE MOTION TO DISMISS

(Doc. 13)

Plaintiffs filed their complaint on August 28, 2026. (Doc. 1). On October 27, 2026, Defendant Kern County Hospital Authority ("KCHA"), erroneously sued as Kern Medical, moved to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). The motion is set for a hearing on December 4, 2026. (Doc. 11).

All Defendants consent to the filing of a first amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). The parties also stipulate to an extension of Defendants' deadline to respond to the first amended complaint. (Doc. 13).

In light of Defendants' consent, the Court grants Plaintiffs leave to file a first amended complaint pursuant to Rule 15(a)(2) and approves the parties' stipulation.

Accordingly, IT IS ORDERED:

1. The parties' stipulation (Doc. 13) is APPROVED.

2. Plaintiffs shall file their first amended complaint no later than December 18, 2026.
3. Defendants shall answer or otherwise respond to the first amended complaint no later than January 15, 2027.
4. The hearing on KCHA's motion to dismiss, scheduled for December 4, 2026, is VACATED.
5. Upon the filing of Plaintiffs' first amended complaint, KCHA's motion to dismiss (Doc. 11) shall be deemed moot.

Dated: November 23, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE